# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

Angelica Judith Xoquic-De Ramirez

AMENDED JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: DNCW308CR000150-001

USM Number: 23033-058
John Cacheris
Defendant's Attorney

**THE DEFENDANT:**

X pleaded guilty to count(s) 1
__ Pleaded guilty to violation(s)
__ Pleaded not guilty to count(s)
__ Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 8:1325(a)(3) | Concealment of Facts about Reentry | 05/29/08 | 1 |

__ Counts(s) (is)(are) dismissed on the motion of the United States.
__ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
__ Found not guilty as to:

**IMPOSITION OF SENTENCE:**

1. **DEFENDANT IS SENTENCED TO TIME SERVED + $10.00**

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Date of Imposition of Sentence: July 8, 2008

Carl Horn, III

Carl Horn, III
United States Magistrate Judge

Date Signed: July 9, 2008
Amended to correct case number.

**RETURN**

I have executed this Judgment as follows: ______________________________________________
_________________________________________________________________________________________
_________________________________________________________________________________________

Defendant delivered on __________________________ to ____________________________
at ______________________________________, with a certified copy of this Judgment.

By ________________________________________________
United States Deputy Marshal